# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON NEWQUIST, | Case No. 1:17-cv-01150-SKO (PC) |
| Plaintiff, | **ORDER STRIKING UNSIGNED FORM RE CONSENT OR REQUEST FOR REASSIGNMENT** |
| v. | |
| SOA, et al., | **(Doc. 9)** |
| Defendants. | |

Plaintiff, Damon Newquist, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2017, Plaintiff filed the order re consent or request for reassignment regarding Magistrate Judge Jurisdiction. (Doc. 9.) While Plaintiff's name and the date are typed in the box to decline Magistrate Judge Jurisdiction, the box indicating his declination is not checked and the form is unsigned. (*Id.*)

The Court cannot consider unsigned filings and the form (Doc. 9) is THEREFORE ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131(b). The Clerk of the Court is directed to send Plaintiff another copy of the Order re Consent or Request for Reassignment that issued October 16, 2017 (Doc. 8).

IT IS SO ORDERED.

Dated: __**November 21, 2017**__ _____/s/ *Sheila K. Oberto*_____

UNITED STATES MAGISTRATE JUDGE