# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON NEWQUIST,<br><br>                    Plaintiff,<br><br>        v.<br><br> SOA, et al.,<br><br>                    Defendants. | Case No. 1:17-cv-01150-LJO-SKO (PC)<br><br>**ORDER STRIKING UNSIGNED FIRST AMENDED COMPLAINT**<br><br>**(Doc. 14, 17)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff, Damon Newquist, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. §1983.  On February 2, 2018, Plaintiff filed an unsigned[1] First Amended Complaint.  (Doc. 14.)  The Court cannot consider unsigned filings.

The First Amended Complaint (Doc. 14) is **THEREFORE ORDERED STRICKEN** from the record.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  Plaintiff's motion for screening of the First Amended Complaint, filed on April 30, 2018, (Doc. 17), is thus rendered moot and disregarded.  **Within twenty-one (21) days** from the date of service of this order, Plaintiff shall file a signed first amended complaint.  **If Plaintiff fails to comply with this order, recommendation will issue for this action to be dismissed for failure to obey a court order and for failure to state a claim.**

IT IS SO ORDERED.

Dated:   **May 8, 2018**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Though the symbol "/s/" is reflected on the signature line, this is not Plaintiff's signature and cannot be accepted as such from an incarcerated, *pro se*, plaintiff.  (Doc. 1, p. 14.)  It is also noteworthy that, though filed on February 2, 2018, the First Amended Complaint is undated and merely reflects "_____, 2017."  (*Id.*, pp. 14, 15.)

1