# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON NEWQUIST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOA, et al.,<br><br>　　　　　Defendants. | Case No. **1:17-cv-01150-LJO-SKO (PC)**<br><br>**ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS ON DEFENDANT SOA**<br><br>**(Doc. 25)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff, Damon Newquist, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2019, the Court directed the United States Marshal to serve Defendants Soa and Chen. (Doc. 24.) On April 8, 2019, the Marshal returned the summons for Soa unexecuted. (Doc. 25.) The Marshal reported that "KVSP is unable to identify a medical practitioner by the name of Soa in the past or at present." (*Id.*)

Plaintiff is given opportunity to provide all additional information he believes might assist in identifying or locating this Defendant. The First Amended Complaint indicates that Defendant Soa was involved in providing Plaintiff medical care and/or treatment. If Plaintiff has any records reflecting the name or signature of Defendant Soa, he should submit them to assist service efforts. Plaintiff should also provide information such as the place, date, and time he last saw

1

| | |
|---|---|
| 1 | Defendant Soa and all identifying attributes he can recall such as gender, hair color, height and |
| 2 | weight. |

Accordingly, it is HEREBY ORDERED that **within twenty-one (21) days** from the date of this order, Plaintiff **SHALL** provide additional information regarding where Defendant Soa may be located to assist with identifying and locating this Defendant. Plaintiff is advised that his failure to comply with this order will result in a recommendation that Defendant Soa be dismissed from this action pursuant to Rule 4(m).

IT IS SO ORDERED.

Dated: **April 9, 2019**               /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE